IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01677-BNB

SARAH HEIGHT,

    Plaintiff,

v.

A. ZAVARAS, D.O.C.,
DEPT. OF CORRECTIONS,
L. REID, La Vista,
LA VISTA,
LT. D. ZANDER,
LT. P. MARTINEZ,
C/O ELLIOTT,
SGT. MAYO,
SGT. L. MAPES, et al.,
K. WASKO,
LT. J. SCOLERI,
LT. S. HUGHBANKS,
LT. V. BRUNETT,
MAJOR K. THOMPSON,
LT. JORDAN, and
JOHN DOES 1-100,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 2 2010

GREGORY C. LANGHAM
                     CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Sarah Height, initiated this action by filing *pro se* a Prisoner Complaint asserting claims pursuant to 42 U.S.C. § 1983. On August 23, 2010, Magistrate Judge Boyd N. Boland ordered Ms. Height to file an amended complaint that clarifies both who she is suing and the factual basis for each claim she is asserting. Ms. Height was warned that the complaint and the action would be dismissed without further notice if she failed to file an amended complaint within thirty days. On September 10, 2010,

Magistrate Judge Boland entered a minute order granting Ms. Height an extension of time until October 22, 2010 to file an amended complaint as directed.

Ms. Height has failed within the time allowed to file an amended complaint as directed. Therefore, the complaint and the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this _1st_ day of _November_, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01677-BNB

Sarah Height
Prisoner No. 118170
152 Delmar Circle #101
Aurora, CO 80011

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/2/10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk